IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC., by )
JAMES R. KLEIN, Administrator, )
) Civil Action No. 10-0729
        Plaintiff, )
)
        vs. )
)
WESEX CORPORATION, )
)
        Defendant. )

## **ORDER OF COURT**

AND NOW, to wit, this ___ day of _____, 2010, upon consideration of Plaintiff's Motion to Discontinue Action as to Wesex Corporation, it is hereby ORDERED that the above-referenced case is DISCONTINUED as to Defendant, Wesex Corporation.

_____
United States District Judge